# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Case 1:12-cv-00552-BEL  Document 6  Filed 04/03/12  Page 1 of 2

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 APR -3  PM 3:14
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| **PLAINTIFF** HASSAN CRAWFORD | **COURT CASE NUMBER** L-12-552 |
| **DEFENDANT** PORTFOLIO RECOVERY ASSOCIATES | **TYPE OF PROCESS** S/C Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PORTFOLIO RECOVERY ASSOCIATES

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 120 CORPORATE BLVD. NORFOLK, VA 23502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

HASSAN CRAWFORD
4932 OLD COURT RD.
BALTIMORE, MD 21133

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

120 CORPORATE BLVD
NORFOLK, VA 23502

MONDAY - FRIDAY
9 a.m. - 4 p.m.

RECEIVED
U.S. MARSHALS
BALTIMORE
2012 MAR 21 A 11:10

Signature of Attorney or other Originator requesting service on behalf of:
By: Hassan Abdul DBA HASSAN CRAWFORD
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (443) 205-6002
DATE March 10, 2012

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 37 | District to Serve No. 37 | Signature of Authorized USMS Deputy or Clerk | Date 03/14/12 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 03/20/12  Time am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $8.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Mailed certified, return receipt # 7011 1570 0000 9946 8893, service was accepted on 03/26/2012.

| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |
|---|---|---|

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cavadius D. Bryant_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Cavadius D. Bryant / C. Date of Delivery |
| 1. Article Addressed to:<br><br>PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD.<br>NORFOLK, VA. 23502<br>L-12-552    KMZ | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0000 9946 8893 |

PS Form 3811,                                                                 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.15 |

Postmark Here

7011 1570 0000 9946 8893

Sent To: PORTFOLIO RECOVERY ASSOCIATES
Street, Apt. No or PO Box No.: 120 CORPORATE BLVD.
City, State, ZIP: NORFOLK, VA. 23502
L-12-552    KMZ

PS Form 3800