05/23/2012  11:52    8436658883            HOWARD JOHNSON                              PAGE  01/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

HASSAN CRAWFORD

    Plaintiff,

v.                                                              CASE NO.:   1:12-cv-00552-BEL

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by Plaintiff and Defendant, Portfolio Recovery Associates, LLC, pursuant to Fed. R. Civ. P. 41, that the within matter is dismissed with prejudice and without costs.

| | |
|---|---|
| By: *Hassan Abdul [signature] HASSAN CRAWFORD* | /s/ Keith S. McGurgan |
| Hassan Crawford, Pro-Se | Keith S. McGurgan, Esq. (Bar ID: 18198) |
| 4932 Old Court Road | Portfolio Recovery Associates, LLC |
| Baltimore, MD 21133 | 140 Corporate Boulevard |
| hacrawford98@gmail.com | Office of General Counsel |
| | Norfolk, VA 23502 |
| Plaintiff | Phone: (757) 321-2510 |
| | Fax: (757) 321-2518 |
| Dated: May 22, 2012 | E-mail: kmcgurgan@portfoliorecovery.com |
| | *Attorney for Portfolio Recovery Associates* |

And now, this ___19th___ day of ___JUNE 2012___, the above Stipulation is approved:

BY THE COURT:

**RECEIVED**                  /s/
                              ──────────────────────────────
MAY 23 2012                   United States District Court Judge
                              Benson Everett Legg
By General Counsel